## ANNIE WALKER, PLAINTIFF IN ERROR,

*v.*

## THE TERRITORY OF WASHINGTON, DEFENDANT IN ERROR.

Married women are qualified to act as grand jurors.

ERROR, to Third Judicial District, holding terms at New Tacoma.

*Struve, Haines & McMicken,* for Plaintiff in error.

*C. M. Bradshaw,* Prosecuting Attorney.

Opinion by HOYT, Associate Justice.

The record in this case presents the same questions as in the case of *Rosencrantz* v. *The Territory,* decided at this term, and upon the strength of that case the judgment and sentence herein must be affirmed, and it is so ordered.

I concur:   S. C. WINGARD, Associate Justice.